Amber Kemble  (CA Bar No. 221366)
Law Office of Amber Kemble
4160 Suisun Valley Road, Suite E 444
Fairfield  California 94534
Tel: 707.410.6690
Fax: 707.747.5209
Email: deltalawyers@gmail.com

John Kostyack
Mary Randolph Sargent *admitted pro hac vice*
NATIONAL WILFLIFE FEDERATION
901 E Street, NW, Suite 400
Washington, D.C. 20004
Tel: 202-797-6879
Fax: 202-797-6646
Email: kostyack@nwf.org; sargent@nwf.org

Daniel J. Rohlf
Pacific Environmental Advocacy Center
10015 S.W. Terwilliger Blvd.
Portland, OR 97219
Tel: (503) 768-6707
Fax: (503) 768-6642
Email: rohlf@lclark.edu

*Attorneys for Plaintiffs (a complete list of Plaintiffs on signature page)*

**UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| National Wildlife Federation, Golden Gate Audubon, Planning and Conservation League, Minnesota Conservation Federation, Association of Northwest Steelheaders, Idaho Wildlife Federation, Arizona Wildlife Federation, Wisconsin Wildlife Federation, Nebraska Wildlife Federation, Wyoming Wildlife Federation, Nevada Wildlife Federation, Kansas Wildlife Federation, Conservation Council for Hawaii, Florida Wildlife Federation, and the Indiana Wildlife Federation,<br><br>    Plaintiffs,<br><br>v.<br><br>Dirk Kempthorne, Secretary, U.S. Department of the | CASE NO. 3:08cv05654 MHP<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING FILING OF CASE MANAGEMENT STATEMENT** |

STIPULATION REGARDING CASE MANGEMENT                    1
CASE NO. CV08-5654

|   |   |
|---|---|
| 1 | Interior, Dale Hall, Director, U.S. Fish and Wildlife           ) |
| 2 | Service, Carlos M. Gutierrez, Secretary, U.S.                      ) |
|   | Department of Commerce, James Balsiger, Acting          ) |
| 3 | Assistant Administrator of the National Marine              ) |
|   | Fisheries Service,                                                              ) |
| 4 |                                                                                              ) |
|   |         Defendants.                                                               ) |
| 5 | _____) |

WHEREAS, on December 11, 2008, plaintiff environmental groups filed *Center for Biological Diversity et al. v. Kempthorne et al.*, Case No. CV-08-5546 MHP, which case was assigned to be heard by this Court.

WHEREAS, on December 11, 2008, this Court issued an order in the *Center for Biological Diversity* case setting the Initial Case Management Conference for March 23, 2009 and ordering a Case Management Statement to be filed by March 16, 2009 (see Docket No. 4).

WHEREAS, on December 29, 2008, plaintiff People of the State of California ex rel. Edmund G. Brown Jr. filed the instant case. Plaintiff amended its complaint on January 16, 2009 to add eight additional states as plaintiffs. This case initially was assigned to be heard by Hon. Edward M Chen.

WHEREAS, on December 30, 2008, plaintiff People of the State of California filed an Administrative Motion in the *Center for Biological Diversity* case to consider whether the instant case should be related to the first-filed *Center for Biological Diversity* case. On January 7, 2009, this Court granted plaintiff's motion (see Docket No. 5).

WHEREAS, also on January 7, 2009, the Clerk of this Court issued a Notice Scheduling the [Initial] Case Management Conference in the instant case on March 23, 2009 and stating that a Case Management Statement would be due ten days prior to the conference, or March 13, 2009 (see Docket No. 6).

NOW THEREFORE, the parties in the above-captioned case stipulate to an extension of time to file the required Case Management Statement in this case onMarch 16, 2009, in

accordance with the schedule established by court order in the first-filed related case, *Center for Biological Diversity v. Kempthorne*, CV-08-5546 MHP.

Respectfully submitted:

Respectfully submitted,                                                                  Dated: March 13, 2009

/S/  Mary Randolph Sargent
_____
John Kostyack, kostyack@nwf.org
Mary Randolph Sargent, sargent@nwf.org
National Wildlife Federation
901 E Street, NW, Suite 400
Washington DC 20004
Tel: 202-797-6879
Fax: 202-797-6646

Daniel J. Rohlf
Pacific Environmental Advocacy Center
10015 S.W. Terwilliger Blvd.
Portland, OR 97219
Tel: (503) 768-6707
Fax: (503) 768-6642
Email: rohlf@lclark.edu

Amber Kemble  (CA Bar No. 221366)
Law Office of Amber Kemble
4160 Suisun Valley Road, Suite E 444
Fairfield  California 94534
Tel: 707.410.6690
Fax: 707.747.5209
Email: deltalawyers@gmail.com

Attorneys for Plaintiffs


JOHN C. CRUDEN
Acting Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division

1  JEAN E. WILLIAMS, Section Chief
   SETH M. BARSKY, Assistant Section Chief
2  ERIK E. PETERSEN (D.C. Bar No. 489073)
   Erik.Petersen@usdoj.gov
3

4
    **/s/ Erik Petersen**
5  ERIK E. PETERSEN (D.C. Bar No. 489073)
   Erik.Petersen@usdoj.gov
6  KRISTEN L. GUSTAFSON (D.C. Bar. N.
   460443)
7  Kristen.Gustafson@usdoj.gov
   MICHAEL R. EITEL (Neb. Bar No. 22889)
8  Michael.Eitel@usdoj.gov
9  Trial Attorneys, Wildlife & Marine Resources
   Section
10 U.S. Department of Justice
   Environment & Natural Resources Division
11 Ben Franklin Station, P.O. Box 7369
   Washington, D.C. 20044-7369
12 Tel: 202-305-0339 / Fax: 202-305-0275
13
   CHARLES R. SHOCKEY (D.C. Bar No.
14 914879)
   Trial Attorney, Natural Resources Section
15 United States Department of Justice
   Environment and Natural Resources Division
16 501 "I" Street, Suite 9-700
17 Sacramento, CA 95814-2322
   Tel: (916) 930-2203/ Fax: (916) 930-2210
18 Email: charles.shockey@usdoj.gov
19
   Attorneys for Federal Defendants
20
21
22
23
24
25
26
27
28

STIPULATION REGARDING CASE MANGEMENT                4
CASE NO. CV08-5654

ORDER

The Court hereby extends the time to file the Case Management Statement to March 16, 2009, in accordance with the scheduled previously ordered in *Center for Biological Diversity v. Kempthorne*, CV-08-5546 MHP.

IT IS SO ORDERED this  17 th day of March, 2009.



_____
HON. MARILYN HALL PATEL