IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

National Wildlife Federation, et al

Plaintiff,

v.

Dirk Kempthorne, et al

Defendant.
_____/

CASE NO. 3:08cv05654 MHP

(~~Proposed~~)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Daniel J. Rohlf, whose business address and telephone number is Pacific Environmental Advocacy Center, 10015 S.W. Terwilliger Blvd., Portland, Oregon 97219-7799, 503-768-6707,

and who is an active member in good standing of the bar of U.S. District Court of Oregon having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Plaintiffs.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 3/24/09

Marilyn H. Patel
United States District Judge

| Clerk's Use Only |
|---|
| Initial for fee pd.: |

Daniel J. Rohlf
Pacific Environmental Advocacy Center
10015 S.W. Terwilliger Blvd.
Portland, OR 97219-7799
(503) 768-6707



ORIGINAL
FILED

2009 MAR 23  P 3: 34

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

National Wildlife Federation, et al

                    Plaintiff(s),

        v.

Dirk Kempthorne, et al

               Defendant(s).

CASE NO. 3:08cv05654 MHP

**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

Pursuant to Civil L.R. 11-3, Daniel J. Rohlf, an active member in good standing of the bar of U.S. District Court for Oregon, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Plaintiffs in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Amber Kemble (CA Bar No. 221366), 4160 Suisun Valley Road, Suite E-444, Fairfield, CA 94534, (707) 410-6690.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 3/23/09